**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Alexander HAMER, Jr., Respondent.**

**No. 435 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 18, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 18th day of June, 1998, there having been filed with this Court by Alexander Hamer, Jr., his verified Statement of Resignation dated May 14, 1998, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of Alexander Hamer, Jr., be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Gregory D. KEENEY, Respondent.**

**No. 427, Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 18, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 18th day of June, 1998, upon consideration of the Report and Recommendations of the Disciplinary Board dated May 1, 1998, it is hereby

ORDERED that GREGORY D. KEENEY be subjected to PUBLIC CENSURE by the Supreme Court.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.